AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

**FILED**
APR 0 6 2015
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

COPY

| United States of America | ) |
|---|---|
| v. | ) Case No. EP: 15-M-01068-RFC |
| | ) (M-15-0553-M) |
| Rogelio SAENZ | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 4, 2015__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 751(a) | Escape from La Tuna FCI, Anthony, Texas on April 4, 2015 after being committed to the custody of the Attorney General. |

This criminal complaint is based on these facts:

SEE ATTACHED

☑ Continued on the attached sheet.

_____
Complainant's signature

F. Hayes, DUSM
Printed name and title

Sworn to before me and signed in my presence.

Date: 4/6/15

_____
Judge's signature

City and state: El Paso, Texas

Robert F. Castaneda, U.S. Magistrate Judge
Printed name and title

Rogelio Saenz

On April 04, 2015 the United States Marshals Service received information from Julio Serrano Reyes, Officer, La Tuna FCI that Rogelio SAENZ was missing from the La Tuna FCI, P.O. Box 1000 Anthony, TX/NM 88021.

On April 04, 2015 at approximately 11:42 A.M. Inmate SAENZ, Rogelio was discovered missing after an emergency count was conducted at the federal prison camp La Tuna. An internal and external search of the institution grounds resulted in negative results on inmate SAENZ, Rogelio

The Defendant had been committed to the custody of the Bureau of Prisons at the Direction of the Attorney General on or about December 22, 2008 for a period of 60 months, Interstate Travel in Aid of an Unlawful Activity in violation of Title 18 USC 1952 (a)(3). The defendant was convicted in case number 2:08cr22 KS-MTP-001 in the Southern District of Mississippi, Hattiesburg.